# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION
# (CASE NO. 4:89cr4006-WS)

UNITED STATES OF AMERICA,

VS.

STANTON ROBINSON /
_____

## MOTION OF EARLY TERMINATION OF SUPERVISION RELEASE

The Petitioner Stanton Robinson herein after pursuant to 18 U.S.C. 3583(E), 3553(A) and Rule 32.1 Fed. R. Civ. P. And Section 404 of the First Step Act files his pro-se motion for Early Termination of Supervised Release and in cause to support will state:

### 1. INTRODUCTION

Petitioner seek an order from this Honorable Court terminating the remainder of the months of supervise release. This request is based on the facts that the petitioner has maintained


FILED USDC FLND TL
NOV 7 '22 AM 9:50

extraordinary behavior since being placed on supervise release in December of 2020.

## II. BACKGROUND

Offense: Count 1: Conspiracy

Count 2: Possession of Cocaine Base in violation of 18 U.S.C. 846 and 841(a)

Maximum Penalties: Count One carries a maximum sentence of life not more than ten years term of supervision, a fine of $200,000, and a special assessment of $100.00

Count two carries a maximum sentence of life not more than ten years term of supervision, a fine of $200,000, and a special assessment of $100.00

2.

## III. MEMORANDUM OF LAW

The statute provide that a Court may, after considering several of the factors set forth in 18 U.S.C. 3553. "terminate any term of supervised release and discharge the defendant at any time after the expiration of one (1) year of supervised release. If it is satisfied that such action is warranted by the conduct of the defendant release and the interest of justice". 18 U.S.C. 3583 (E)(1)(2014). Courts have held that this remedy is typically warranted in cases presenting changed circumstances, such as when a defendant has demonstrated exceptionally good behavior. United States v. Lussier 104 F.3d 32, 36 (2nd Cir. 1997)

Under 3583 (E)(1) after considering the factors set forth in 3553 (A). A Court may terminate a term of supervised release that was designed to ease the transition into the community. United States v. Pugh 515 F.3d 1179, 1199 (11th Cir. 2008). That is, to improve the odds of a successful transition from prison to liberty. Johnson v. United States 529 U.S. 694, 728-729. The goal is, in part, to facilitate training and rehabilitation.

3.

## IV. REASON FOR EARLY TERMINATION

Since being released from prison and placed on Supervised Released. Petitioner has been a positive as well as a model citizen. As of this motion date Petitioner avers he has successfully completed almost 24-months of a ten 10-year term Petitioner was sentenced to serve. Petitioner has maintained a good report in his community and is active in his church. He is also a positive influence in his community speaking to the youth about bad decision sharing his faith and how he has maintained his drug-free and Alcohol sobriety.
He has not been in any trouble with the laws of society.

## FIRST STEP ACT

The First Step Act provides the Authority to District Court to reduce imposed sentences a term that compasses equal terms of imprisonment and Supervised Release, both of which constitute statutory penalties which were modified by Section 2 and 3 of the Fair Sentencing Act.

4.

(Montana v. United States 139 S.Ct. 1826, 1834 (2019). Supervised Release is a form of punishment that Congress prescribe Along with a term of imprisonment as part of the same sentence. (18 U.S.C. 3583) According to the passage of the First Step Act. Petitioner term of Supervised Release is subject to a reduction and/or termination.

WHEREFORE, Robinson prays this Honorable Court considers the factors under 3583 and the Fair Sentencing Act as it relate to Robinson case and petition the Court before this Honorable Judge that his remaining time of supervised release be terminated.

Respectfully Submitted



Date

11-1-22

# CERTIFICATE OF SERVICE

I, Stanton Robinson certify that this (Motion to terminate the remaining Supervise Release) Motion was place in the mail on this ___1st___ day of November, 2022.

Stanton Robinson
231 NW 38th WAY
Lauderhill, FL 33311

United States Federal District Court
110 E Park Ave
Tallahassee, FL 32301

CHECKED